UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUMBERTO LOZANO-VALDOBINOS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | CASE NO.:   C07-0430-JCC-MAT <br>                        (CR04-145-JCC) <br> <br> ORDER TO SHOW CAUSE WHY <br> § 2255 MOTION SHOULD NOT BE <br> GRANTED |

The Court, having considered the § 2255 motion and the files and records herein, does hereby find and ORDER:

(1)     On March 16, 2007, petitioner filed a motion pursuant to 28 U.S.C. § 2255. On April 18, 2007, this Court issued an Order directing that the motion be served on respondent and that respondent file an answer to the motion within 30 days of such service. On July 11, 2007, this Court issued an Order extending the time to file an answer to July 30, 2007. To date, no answer has been filed.

(2)     Respondent is therefore ORDERED to show cause within 20 days of the date on which this Order is signed why petitioner's § 2255 motion should not be granted.

ORDER TO SHOW CAUSE WHY
§ 2255 MOTION SHOULD NOT BE GRANTED
PAGE -1

(3)     The Clerk is directed to send a copy of this Order to petitioner, to the United States Attorney, and to the Honorable John C. Coughenour.

DATED this 9th day of August, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE WHY
§ 2255 MOTION SHOULD NOT BE GRANTED
PAGE -2