UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| HUMBERTO LOZANO VALDOBINOS, | ) | CASE NO.   C07-0430-JCC-MAT |
| | ) | CR04-145-JCC |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER NOTING RESPONDENT'S |
| UNITED STATES OF AMERICA, | ) | ANSWER |
| | ) | |
| Respondent. | ) | |
| | ) | |

On August 27, 2007, respondent filed its answer to petitioner's motion under 28 U.S.C § 2255 to vacate, set aside, or correct his sentence. (Dkt. No. 12.) However, respondent failed to note the answer on the Court's motion calendar or to place the noting date within the caption of the pleading, as directed in the service order issued on April 18, 2007. (Dkt. No. 5.) Petitioner is therefore advised that the Court has placed respondent's answer on the motion calendar for September 21, 2007. Petitioner's response is due by the preceding Monday, September 17, 2007, and respondent's reply is due by the noting date itself.

DATED this 31st day of August, 2007.

Mary Alice Theiler
United States Magistrate Judge

ORDER NOTING RESPONDENT'S ANSWER
PAGE -1