UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUMBERTO LOZANO VALDOBINOS, )<br><br>Petitioner, )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA, )<br> )<br>Respondent. )<br>_____ ) | CASE NO.   C07-0430-JCC-MAT<br>                    CR04-145-JCC<br><br>ORDER GRANTING PETITIONER<br>LEAVE TO FILE A RESPONSE TO THE<br>GOVERNMENT'S ANSWER |

On August 31, 2007, this Court issued an Order in which it advised petitioner that respondent's answer had been placed on the Court's motion calendar for consideration on September 21, 2007, and that petitioner's response to the answer was due by the preceding Monday, September 17, 2007. (*See* Dkt. No. 13.) The Court thereafter received a letter from petitioner which indicated petitioner was confused about the due date for his response. (*See* Dkt. No. 14.) As it appears that petitioner desires to file a response to respondent's answer, this Court will grant petitioner some additional time in which to do so.

Accordingly, the Court does hereby ORDER as follows:

(1)   Petitioner shall file and serve any response to respondent's answer not later than

ORDER GRANTING PETITIONER
LEAVE TO FILE A RESPONSE TO THE
GOVERNMENT'S ANSWER -1

01 *Monday, December 3, 2007*.

02     (2)    This matter is RE-NOTED on the Court's calendar for consideration on *December

03 7, 2007*. Respondent shall file any reply brief by that date.

04     DATED this 9th day of November, 2007.

                                /s/ Mary Alice Theiler
                                Mary Alice Theiler
                                United States Magistrate Judge

ORDER GRANTING PETITIONER
LEAVE TO FILE A RESPONSE TO THE
GOVERNMENT'S ANSWER -2